USCA1 Opinion

 

 [NOT FOR PUBLICATION--NOT TO BE CITED AS PRECEDENT]
 United States Court of Appeals
 For the First Circuit

No. 99-1215

 IN RE: YAMIL H. KOURI-PEREZ,

 Petitioner.

 PETITION FROM THE UNITED STATES DISTRICT COURT
 
FOR THE DISTRICT OF PUERTO RICO 
 
 [Hon. Jose Antonio Fuste, U.S. District Judge]
 
 

 Before
 
 Selya, Circuit Judge,
 Coffin, Senior Circuit Judge,
 and Cyr, Senior Circuit Judge.
 
 

 Benny Frankie Cerezo and Law Offices Benny Frankie Cerezo on
Petition for Writ of Mandamus for petitioner.

February 26, 1999

 
 

 Per Curiam. Upon careful review of the petition for
 mandamus and the urgent motion for stay, we are not persuaded
 to grant the extraordinary writ. Petitioner does not have a
 "clear and indisputable" entitlement to relief, and we do not
 find that equitable factors or risk of irreparable harm weigh
 in his favor. See In re Martinez-Catala, 129 F.3d 213, 217-18
 (1st Cir. 1997). 
 Specifically, in the context of this mandamus review,
 we cannot say that the judge was required to recuse. We would
 reach the same conclusion whether applying the standard of 28
 U.S.C. 144 actually invoked by petitioner, or applying the
 standards of 28 U.S.C. 455(a) and 455(b)(1) additionally
 mentioned by the district court. Taking petitioner's averments
 as true, and considering any extrajudicial circumstances along
 with the events of the instant case, still we cannot say that
 petitioner made a clear and indisputable showing of personal
 bias or prejudice, nor did he raise a reasonable question as to
 the judge's impartiality. 
 The petition for writ of mandamus is denied. The
 motion for stay is moot.
 
 
 
 
 
 -2-